### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 13-cv-00886-REB-KMT

BRILLIANT OPTICAL SOLUTIONS, LLC,

    Plaintiff,

v.

COMCAST CORPORATION,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter is before the court on **Defendant Comcast Corporation's Motion For Leave to File a Surreply to Plaintiff's Responsive Claim Construction Brief (Dkt. 23)** [#25] filed November 11, 2013.  The motion is **GRANTED**, and **Defendant Comcast Corporation's Surreply Claim Construction Brief** [#25-1] is accepted for filing.

    Dated: November 12, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.