# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  13-cv-00886-REB-KMT

BRILLIANT OPTICAL SOLUTIONS, LLC,

     Plaintiff,

v.

COMCAST CORPORATION,

     Defendant.

## MINUTE ORDER[1]

On **February 7, 2014**, commencing at 9:00 a.m., MST, the court shall conduct a *Markman* hearing in this matter.  The court has reserved four (4) hours for this hearing.

Dated: November 13, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.