**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00886-REB-KMT

BRILLIANT OPTICAL SOLUTIONS, LLC,

    Plaintiff,

v.

COMCAST CORPORATION,

    Defendant.

**AMENDED ORDER**

**Blackburn, J.**

    The matter is before me *sua sponte*. On January 15, 2014, the court entered its Order [#31][1] granting the **Unopposed Motion To Substitute Comcast Cable Communications, LLC For Comcast Corporation and To Dismiss Defendant Comcast Corporation** [#30] filed January 13, 2014. In granting the motion, the court inadvertently did not identify correctly the defendant to be substituted for Comcast Corporation. Thus, the order [#31] should be amended to reflect that the extant defendant, Comcast Corporation, is being dropped as a defendant and that Comcast Cable Communications, LLC, is being joined as a defendant.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion To Substitute Comcast Cable**

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Communications, LLC For Comcast Corporation and To Dismiss Defendant Comcast Corporation** [#30] filed January 13, 2014, is **GRANTED**;

    2.  That the court's **Order** [#31] entered January 15, 2014 is **SUPPLANTED** by this Amended Order;

    3.  That Comcast Cable Communications, LLC is **SUBSTITUTED** for defendant, Comcast Corporation;

    4.  That plaintiff's claims against defendant, Comcast Corporation, are **DISMISSED WITHOUT PREJUDICE**;

    5.  That defendant, Comcast Corporation, is **DROPPED** as a named defendant in this action; and

    6.  That henceforth Comcast Cable Communications, LLC, **SHALL BE NAMED** in the caption as the defendant.

Dated January 16, 2014, at Denver, Colorado.

                                                      **BY THE COURT:**

Robert E. Blackburn
United States District Judge