**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00886-REB-KMT

BRILLIANT OPTICAL SOLUTIONS, LLC,

      Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on the **Joint Motion For Entry of Stipulated Protective Order** [#34] filed January 27, 2014. The motion is **GRANTED**, and the court shall enter a protective order as soon as practicable.

      Dated: January 29, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.