**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00886-REB-KMT

BRILLIANT OPTICAL SOLUTIONS, LLC,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC,

    Defendant.

---

## ORDER VACATING *MARKMAN* HEARING

---

**Blackburn, J.**

    This matter is before the court *sua sponte*.  The court is considering seriously the appointment of a master to construe the disputed terms in the patent in suit.  Under FED. R. CIV. P. 53, the parties must be given notice and an opportunity to be heard before a master may be appointed.  Shortly, the court will issue an order initiating the procedures required by Rule 53.  In the meantime, the *Markman* hearing currently set for Friday, February 7, 2014, at 9:00 a.m., should be vacated.

    **THEREFORE, IT IS ORDERED** that the *Markman* hearing currently set Friday, February 7, 2014, at 9:00 a.m., is **VACATED**.

    Dated February 3, 2014, at Denver, Colorado.

                                       **BY THE COURT:**

                                       */s/ Robert E. Blackburn*
                                       Robert E. Blackburn
                                       United States District Judge