## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-00886-REB-KMT

BRILLIANT OPTICAL SOLUTIONS, LLC,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court sua sponte. #[48] (Motion) Restricted Document - Level 1 and #[59] Motion for Attorney Fees, to Declare Case Exceptional and Request for Hearing - Reacted Public Version, are **DENIED** as moot, due to the filing of #[67] (Motion) Restricted Document - Level 1.

Dated: May 15, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.