**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00886-REB

BRILLIANT OPTICAL SOLUTIONS, LLC,

    Plaintiff,

vs.

COMCAST CORPORATION,

    Defendant.

## ORDER DENYING MOTION FOR RELIEF FROM LEVEL 1 RESTRICTION

**Blackburn, J.**

    This matter is before the court on **Defendant Comcast Cable Communication, LLC's Motion for Limited Relief from D.C.Colo.LCivR 7.2 Level 1 Restriction** [#91 - Level 1 restriction, #95 - public entry][1] filed July 1, 2014.  The plaintiff filed a response [#99 - Level 1 restriction], and the defendant filed a reply [#104 - Level 1 restriction].  I deny the motion.

    Defendant Comcast Corporation seeks judicial approbation to reveal to an entity not a party to this case certain portions of the argument and interpretation asserted by the plaintiff, Brilliant Optical Solutions (BOS), in the response of BOS to the motion for award of attorney fees of Comcast.  The response was filed under Level 1 restriction.

---

[1] "[#91]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

*See* D.C.COLO.LCivR 7.2.[2]  The argument and interpretation of BOS may be of interest to the third party entity and might have an effect on the interests of the third party entity.  However, revelation of the position of BOS to that third party entity will not aid in the resolution of the motion for attorney fees of Comcast or any other issue in this case.  The third party entity is not a real party in interest in this case, and the interests of that entity are not directly at issue in this case.  There is no other valid basis to create an exception to the Level 1 restriction under which the response [#78 - Level 1 restriction] of BOS was filed.

**THEREFORE, IT IS ORDERED** that **Defendant Comcast Cable Communication, LLC's Motion for Limited Relief from D.C.Colo.LCivR 7.2 Level 1 Restriction** [#91 - Level 1 restriction, #95 - public entry] filed July 1, 2014, is **DENIED**.

Dated March 27, 2015, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[2] Under D.C.COLO.LCivR 7.2, the motion, response, and reply were filed under Level 1 restriction.  Generally, the record in this case indicates that the parties intend to keep confidential the nature and terms of various documents at issue in the motion, including the parties named in those documents.  To preserve that confidentiality as much as possible, I describe the relevant facts and documents at a very high level of generality.  However, I have reviewed in detail the relevant documents, the arguments of the parties, and the applicable law.