**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00886-REB

BRILLIANT OPTICAL SOLUTIONS, LLC,

     Plaintiff,

v.

COMCAST CORPORATION,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER RE: MOTION FOR AWARD OF ATTORNEY FEES AND COSTS [Docket No. 125] of Judge Robert E. Blackburn, entered on March 27, 2015, it is

ORDERED that judgment is entered in favor of the defendant, Comcast Corporation, against the plaintiff, Brilliant Optical Solutions, LLC, the amount of 426,039 dollars post judgment interest at the rate of .25%.

    Dated at Denver, Colorado this 27th day of March, 2015.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                         By:  s/  K. Finney
                                      K. Finney
                                      Deputy Clerk