NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**BRILLIANT OPTICAL SOLUTIONS LLC,**
*Plaintiff - Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Defendant - Appellee*

_____

15-1595

_____

Appeal from the United States District Court for the District of Colorado in case no. 1:13-cv-00886-REB United States District Judge Robert E. Blackburn

_____

## **O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2 Brilliant Optical Solutions v. Comcast Cable Communications

FOR THE COURT

August 17, 2015                    /s/ Daniel E. O'Toole
                                   Daniel E. O'Toole
                                   Clerk of Court


**ISSUED AS A MANDATE:** August 17, 2015